HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
First Assistant Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:24-cr-00128-JLT-SKO-10 |
| ) | |
| *Plaintiff,* ) | |
| ) | **APPLICATION AND ORDER** |
| vs. ) | **APPOINTING CJA PANEL COUNSEL** |
| ) | |
| MIRELLA CASTILLO, ) | |
| ) | |
| *Defendant,* ) | |
| ) | |

   Defendant Mirella Castillo, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel. Our office has a conflict.

   On June 12, 2024, an Indictment was issued in the above captioned case. Ms. Castillo had her initial appearance in the Central District of California on June 12, 2024, and her arraignment in this district is scheduled for July 10, 2024. Counsel is needed in advance in the Eastern District of California to assist with the arrangements for her initial appearance here.

   Ms. Castillo submits the Financial Affidavit as evidence of her inability to retain counsel. After reviewing her Financial Affidavit it is, therefore, respectfully recommended that CJA panel counsel Serita Rios be promptly appointed *nunc pro tunc* as of June 14, 2024, to represent Ms. Castillo's in the above captioned case.

   DATED: June 14, 2024            */s/    Peggy Sasso*
                                   PEGGY SASSO
                                   First Assistant Defender

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints CJA panel counsel Serita Rios be promptly appointed *nunc pro tunc* as of June 14, 2024, pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **June 14, 2024**              /s/ *Barbara A. McAuliffe*
                                                               UNITED STATES MAGISTRATE JUDGE