1
2
3
4

**Serita Rios, SBN# 246568**
**Law Office of Serita Rios**
**P.O. Box 688**
**Fresno, CA 93712-688**
**Telephone (559) 224-1800**
**Facsimile (559) 224-1806**
**serita@seritarioslaw.com**

5
6

Attorney for Defendant MIRELLA CASTILLO

7

8

9

10

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

11

12   THE UNITED STATES OF AMERICA,          )   Case No. 1:24-CR-00128-JLT-SKO
                                            )
13                      Plaintiff,          )   **STIPULATION AND ORDER TO**
            vs.                             )   **MODIFY CONDITIONS OF PRETRIAL**
14                                          )   **RELEASE FROM HOME DETENTION**
     MIRELLA CASTILLO,                      )   **TO CURFEW**
15                                          )
                        Defendant.          )
16   _____)

17        IT IS HEREBY STIPULATED by and between the parties through their respective

18   counsel, that MIRELLA CASTILLO's conditions of release ordered in the Central

19   District of California and adopted in this district, be modified from Home Detention

20
21   to Curfew.

22        The parties stipulate that section 1 of Ms. Castillo's Conditions of Release be

23   amended as follows:

24            **CURFEW**: You must remain inside your residence every day
              from 9:00 p.m. to 6:00 a.m., or as adjusted by the pretrial
25            services officer for medical, religious services, employment
              or court-ordered obligations.
26

27

28

**STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF**
**PRETRIAL RELEASE FROM HOME DETENTION TO CURFEW**

-1-

The recommendation to modify Ms. Castillo's conditions from home detention to curfew has been made by Pretrial Services Officer Francisco Guerrero. The government is in agreement with the proposed modification. All other terms and conditions of pretrial release will remain in full force and effect.

Dated: November 19, 2024             Respectfully Submitted,

                                     */s/ Serita Rios*
                                     ─────────────────────
                                     **SERITA RIOS**
                                     Attorney for Defendant


Dated: November 19, 2024             Respectfully Submitted,

                                     */s/ Justin Gilio*
                                     ─────────────────────
                                     **JUSTIN GILIO**
                                     Assistant United States Attorney


### ORDER

Good cause appearing, MIRELLA CASTILLO's, conditions of release shall be modified from Home Detention to Curfew as specified above. All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated:   **November 19, 2024**       ─────────────────────
                                     STANLEY A. BOONE
                                     United States Magistrate Judge


**STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF
PRETRIAL RELEASE FROM HOME DETENTION TO CURFEW**