Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, CA 93712-688
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant MIRELLA CASTILLO

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>　　　vs.<br>MIRELLA CASTILLO,<br><br>　　　　　　　　　　Defendant. | Case No. 1:24-CR-00128-JLT-SKO<br><br>**STIPULATION AND ORDER TO MODIFY CURFEW CONDITION OF PRETRIAL RELEASE** |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, that MIRELLA CASTILLO's curfew conditions be extended for an additional hour in the morning, from 6:00am to 5:00am.

The parties stipulate that section 1 of Ms. Castillo's Conditions of Release be amended as follows:

> **CURFEW**: You must remain inside your residence every day
> from 9:00 p.m. to 5:00 a.m., or as adjusted by the pretrial
> services officer for medical, religious services, employment
> or court-ordered obligations.

Supervising Pretrial Services Officer, Francisco Guerrero, does not oppose this request. The government is in agreement with the proposed modification. All other terms and conditions of pretrial release will remain in full force and effect.

Dated: March 18, 2025                           Respectfully Submitted,

                                                /s/ Serita Rios

                                                **SERITA RIOS**
                                                Attorney for Defendant


Dated: March 18, 2025                           Respectfully Submitted,

                                                /s/ Justin Gilio

                                                **JUSTIN GILIO**
                                                Assistant United States Attorney

## ORDER

Good cause appearing, MIRELLA CASTILLO's, curfew condition of release shall be modified as specified above. All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated:  **March 19, 2025**                      /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE