Serita Rios, SBN# 246568
P.O. Box 688
Fresno, California 93712
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant MIRELLA CASTILLO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> vs. </br></br> MIRELLA CASTILLO, </br></br> Defendant. | Case No. 1:24-CR-000128-JLT-SKO </br></br> **STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE TO PERMIT TRAVEL** |

IT IS HEREBY STIPULATED by and between the defendant, Mirella Castillo, through her counsel of record, Serita Rios, and the United States of America, by and through its counsel, Justin Gilio, Assistant United States Attorney, that Ms. Castillo's conditions of release be modified to permit her to travel out of the Eastern District on May 16th – May 18th and May 22nd – May 25th.

In support of this stipulation the following is offered:

1. Ms. Castillo is presently on pretrial supervision and subject to home electronic monitoring with a curfew. Her travel is limited by the conditions of her release.

2. Ms. Castillo is requesting permission to travel to Modesto, California on May 16th at 5am through May 18th at 9pm to visit her mother and attend the wedding of a close family friend. She will stay with her mother who lives in Modesto. Her mother's contact information and address have been provided to pretrial services.

3. Ms. Castillo is also requesting permission to travel to Yuma, Arizona on May 22nd at 5am through May 25th at 9pm to visit her sister and attend the High School graduation of her niece. She will stay with her sister who lives in Yuma. Her sister's contact information and address have been provided to pretrial services.

4. Ms. Castillo's Supervising Pretrial Services Officers, Hardiman and Vidana, do not oppose this travel request. Her assigned Pretrial Services Officer, Frank Guerrero, also does not oppose Ms. Castillo's request for travel.

5. Both sureties, Marisol Montiel and Esteban Martinez, have been advised of Ms. Castillo's request for travel and are in agreement with this modified condition.

IT IS SO STIPULATED.

Dated: April 29, 2025    /s/ Serita Rios

**Serita Rios**
Attorney for Defendant

Dated: April 29, 2025    /s/ Justin Gilio

**JUSTIN GILIO**
Assistant United States Attorney

## ORDER

Good cause appearing, the conditions of release for defendant, MIRELLA CASTILLO, shall be modified to permit her to travel from May 16, 2025, at 5am through May 18, 2025, at 9pm and again on May 22, 2025, at 5am through May 25, 2025, at 9pm.

IT IS SO ORDERED.

Dated: __May 1, 2025__                    /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE