Serita Rios, SBN# 246568
P.O. Box 688
Fresno, California 93712
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant MIRELLA CASTILLO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> MIRELLA CASTILLO, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:24-CR-000128-JLT-SKO <br><br> **STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE TO PERMIT TRAVEL** |

IT IS HEREBY STIPULATED by and between the defendant, Mirella Castillo, through her counsel of record, Serita Rios, and the United States of America, by and through its counsel, Justin Gilio, Assistant United States Attorney, that Ms. Castillo's conditions of release be modified to permit her to travel out of the Eastern District on July 2, 2025 through July 6, 2025.

In support of this stipulation the following is offered:

1.   Ms. Castillo is presently on pretrial supervision and subject to home electronic monitoring with a curfew. Her travel is limited by the conditions of her release.

2. Ms. Castillo is requesting permission to travel to Yuma, Arizona on July 2, 2025 through July 6, 2025 at 9pm for a family gathering. She will stay with her sister who lives in Yuma. Her sister's contact information and address have been provided to pretrial services.

3. Ms. Castillo's Pretrial Services Officer, Frank Guerrero, does not oppose Ms. Castillo's request for travel.

4. Both sureties, Marisol Montiel and Esteban Martinez, will be present at the family gathering and are in agreement with this modified condition.

IT IS SO STIPULATED.

Dated: June 25, 2025                    /s/ Serita Rios

                                                               **Serita Rios**
                                                               Attorney for Defendant

Dated: June 25, 2025                    /s/ Justin Gilio

                                                                **JUSTIN GILIO**
                                                               Assistant United States Attorney

### ORDER

Good cause appearing, the conditions of release for defendant, MIRELLA CASTILLO, shall be modified to permit her to travel out of the district from July 2, 2025 through July 6, 2025 at 9pm.

IT IS SO ORDERED.

Dated: **June 27, 2025**                    /s/ Barbara A. McAuliffe
                                                                UNITED STATES MAGISTRATE JUDGE