Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, CA 93712-688
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant MIRELLA CASTILLO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>MIRELLA CASTILLO,<br><br>      Defendant. | Case No. 1:24-CR-00128-JLT-SKO<br><br>**STIPULATION AND ORDER TO REMOVE LOCATION MONITORING CONDITION OF PRETRIAL RELEASE** |

  Ms. Castillo has been on pretrial services supervision with a location monitoring condition for one year. There have been no reported issues with her compliance.

  The parties have agreed that the location monitoring condition may now be removed. Ms. Castillo's Supervising Pretrial Services Officer, Francisco Guerrero, has also recommended that the location monitoring condition be removed. Both sureties have been informed of this stipulation and they and are in agreement with the removal of location monitoring. (*See attached Exhibit A, Acknowledgement of Sureties*.)

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, that MIRELLA CASTILLO's location monitoring condition be removed. All other terms and conditions of pretrial release will remain in full force and effect.

Dated: July 7, 2025                     Respectfully Submitted,

                                                                  */s/ Serita Rios*

**SERITA RIOS**
Attorney for Defendant

Dated: July 7, 2025                     Respectfully Submitted,

                                                                  */s/ Justin Gilio*

**JUSTIN GILIO**
Assistant United States Attorney

## ORDER

Good cause appearing, MIRELLA CASTILLO's, location monitoring condition of pretrial release shall be removed. All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated:  **July 7, 2025**                    /s/ Erica P. Grosjean
                                                                     UNITED STATES MAGISTRATE JUDGE