**Serita Rios, SBN# 246568**
**1435 L Street**
**Fresno, CA 93721**
**Telephone (559) 224-1800**
**Facsimile (559) 224-1806**
**serita@seritarioslaw.com**

Attorney for Defendant MIRELLA CASTILLO

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>MIRELLA CASTILLO,<br><br>              Defendant. | Case No. 1:24-CR-00128-JLT-SAB<br><br>**UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE TO PERMIT TRAVEL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant, MIRELLA CASTILLO (Ms. Castillo), by and through her counsel, Serita Rios, hereby moves this Court to modify her pretrial conditions to permit her to travel to Mexicali, Mexico on June 17, 2026 through June 22, 2026.

Assistant United States Attorney, Cody Chapple, has been notified of this request and does not oppose this modification. Ms. Castillo's supervising pretrial services officer, Ryan Beckwith, has also been notified and does not oppose this request for travel.

Ms. Castillo is requesting permission to visit her ailing father for Father's Day. Her father is 70 years and can no longer travel because of his medical issues.[1] Ms. Castillo and her siblings have arranged a family visit with their father for the holiday. Ms. Castillo will be traveling with her children and will stay with her father during the visit. (The address has been provided to pretrial services.)

Both sureties/third party custodians, Marisol Montiel and Esteban Martinez, agree with this travel request. Surety Montiel will be joining Ms. Castillo on the trip.

Ms. Castillo has been under pretrial supervision since June 12, 2024. During that time Ms. Castillo has complied with all of her terms and conditions of release. She has successfully participated in substance abuse treatment, therapy, and the electronic monitoring program. She has also maintained full-time employment as a peer advocate with Los Angeles Dependency Lawyers.

Ms. Castillo respectfully asks this Court to modify her pretrial conditions to allow he to travel to Mexicali, Mexico on June 17, 2026 through June 22, 2026.

Dated: May 28, 2026                    Respectfully Submitted,


*/s/ Serita Rios*

**Serita Rios**
Attorney for Defendant

---

[1] Among other health issues, Ms. Castillo's father's eyesight is deteriorating. While she is there, she plans to accompany her father to his medical appointment to ensure he is receiving appropriate care and help him plan for an upcoming eye surgery.

## ORDER

Good cause appearing, the conditions of release for defendant, MIRELLA CASTILLO, shall be modified to permit her to travel internationally on June 17, 2026, through June 22, 2026. All other terms and conditions remain in effect.

IT IS SO ORDERED.

Dated:    **June 12, 2026**                    /s/ _Eric P. Grojean_
                                            UNITED STATES MAGISTRATE JUDGE