**Serita Rios, SBN# 246568**
**Law Office of Serita Rios**
**1435 L Street**
**Fresno, CA 93721**
**Phone: (559) 224-1800**
**Fax: (559) 224-1806**
**E-mail: serita@seritarioslaw.com**

Attorney for Defendant MIRELLA CASTILLO

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>MIRELLA CASTILLO,<br>Defendant. | Case No. 1:24-CR-00128-JLT-SAB<br><br>**REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER** |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure Defendant, Mirella Castillo, hereby requests that this Court proceed in her absence at the status conference hearing on September 10, 2026. Ms. Castillo agrees that her interests shall be represented at all times by her attorney, Serita Rios, the same as if she were personally present, and requests that this court allow her attorney to represent her interests at all times. Ms. Castillo further agrees that notice for her appearance may be accepted by her attorney and will be deemed sufficient notice for her personal appearance.

Dated: September 4, 2026

Respectfully Submitted,

*/s/ Mirella Castillo*

**MIRELLA CASTILLO**
(Original Signature will be retained on file.)

Dated: September 4, 2026

Respectfully Submitted,

*/s/ Serita Rios*

**SERITA RIOS**
Assistant United States Attorney

**ORDER**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at the status conference hearing on September 10, 2026**.**

IT IS SO ORDERED.

Dated: **September 4, 2026**

STANLEY A. BOONE
United States Magistrate Judge