ERIC GRANT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIRELLA CASTILLO AND<br>KIARA SINAII VALDIVIA,<br><br>Defendants. | CASE NO. 1:24-CR-00128-JLT-SAB<br><br>VACATING STATUS CONFERENCE; ORDER<br><br>DATE: September 10, 2026<br>TIME: 2:00 p.m.<br>COURT: Hon. Stanley A. Boone |

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. Defendant Castillo is set for trial on **January 26, 2027**, in front of the Honorable Jennifer L. Thurston, U.S. District Judge. Time has been excluded up to and including that date, for trial preparation. As there are no issues to address at the status conference, the parties with to vacate the status conference as to her set for September 10, 2026, at 2:00 p.m. before the Honorable Stanley A. Boone.

2. Defendant Valdivia entered into a filed plea agreement with the United States. She is set for a change of plea hearing before the Honorable Jennifer L. Thurston, U.S. District Judge on Monday, September 21, 2026, at 9:00 a.m. Time has been excluded beyond that date. As there are no issues to address at the status conference, the parties wish to vacate the status conference as to her set for

September 10, 2026, at 2:00 p.m. before the Honorable Stanley A. Boone.

IT IS SO STIPULATED.

Dated: September 9, 2026

ERIC GRANT
United States Attorney

/s/ JUSTIN J. GILIO
JUSTIN J. GILIO
Assistant United States Attorney

Dated: September 9, 2026

/s/ Serita Rios
Serita Rios
Counsel for Defendant
Mirella Castillo

Dated: September 9, 2026

/s/ Marc Days
Marc Days
Counsel for Defendant
Kiara Valdivia

**ORDER**

Having considered the parties' stipulation and there appearing to be no matters necessitating the upcoming status conference as to defendants Valdivia and Castillo, IT IS SO ORDERED that the status conference set for September 10, 2026, at 2:00 p.m. before the Honorable Stanley A. Boone is hereby VACATED as to those defendants.

IT IS SO ORDERED.

Dated: **September 9, 2026**

STANLEY A. BOONE
United States Magistrate Judge